# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DARYL COOK, | : | No. 95 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA, CITY | : | |
| SOLICITOR, LIEUTENANT DEAN, | : | |
| OFFICER FENNELL, MAJOR MAY, | : | |
| DETECTIVE GREGORY RODDEN, | : | |
| JEFFREY MINEHART, MICHAEL BARRY | : | |
| AND LEE MANDELL, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of August, 2017, the Petition for Allowance of Appeal is

**DENIED**.